ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | ) ) ) ) | NO.  C 09 5317 CW |
| Plaintiffs, | ) ) | PLAINTIFFS' CASE |
| vs. | ) ) | MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE |
| CENTAL COAST AIR INC., a corporation, doing business as SALINAS HEATING & SHEET METAL | ) ) ) ) | CASE MANAGEMENT CONFERENCE DATE: 7/13/10 TIME: 2:00 p.m. |
| Defendants. | ) ) | |

Plaintiffs report the status of this case as follows:

Agreement has been reached on the terms of a Stipulation for Judgment, and the document has been prepared.

We expect to submit the completed Stipulation, and we request that the Court continue the Case Management Conference some thirty days hence.

Good cause exists to grant plaintiff's request for a continuance of the Case Management Conference currently set for

PLAINTIFFS' CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE

1

1   July 13, 2010 to August 17, 2010 to allow the parties time to settle

2   this case and avoid any unnecessary burden to the Court.

3                                Respectfully submitted.

4   DATED: July 8, 2010                    ERSKINE & TULLEY
                                           A PROFESSIONAL CORPORATION
5

6                                          By:/s/Michael J. Carroll
                                               Michael J. Carroll
7                                              Attorneys for Plaintiff

8
                                           **Except that Case Management
9                                          Conference will be August 24, 2010.**



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE
                                    2

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On July 8, 2010 I served the within PLAINTIFFS' CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Mr. Timothy Hill
Central Coast Air Inc.
DBA Salinas Heating & Sheet Metal
322 Kings Street
Salinas, CA 93905

Steven M. Gordon
Steven M. Gordon, Inc.
344 Salinas Street, Suite 103
Salina, CA 93901

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2010 at San Francisco, CA.


                        <u>/s/Sharon Eastman</u>
                        Sharon Eastman

PLAINTIFFS' CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE