```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CENTRAL COAST AIR INC., a corporation doing business as SALINAS HEATING & SHEET METAL <br><br> Defendant. | NO: <u>C 09 5317 CW</u> <br><br> <u>JUDGMENT PURSUANT TO STIPULATION</u> |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, and defendant, CENTRAL COAST AIR INC., a corporation doing business as SALINAS HEATING & SHEET METAL have entered into a stipulation which provided for judgment against Defendant in the amount of $18,092.04,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL

JUDGMENT PURSUANT TO STIPULATION                    1

1  **WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE have**
2  **and recovered judgment against defendant, CENTRAL COAST AIR INC., a**
3  **corporation doing business as SALINAS HEATING & SHEET METAL, in the amount**
4  **of $18,092.04, which is composed of the following:**
5  **a.   Contribution balances due and unpaid to Plaintiff Trust**
6  **Funds for the period July 2009 through November 2009 in the amount of**
7  **$15,076.70;**
8  **b.   Liquidated damages due and unpaid to the Plaintiff**
9  **Trust Funds for the same period in the amount of $3,015.34;**
10 **IT IS FURTHER ORDERED AND ADJUDGED that an abstract of**
11 **judgment will not be recorded, execution will not issue, and judgment**
12 **will not be entered so long as defendant fully complies with the**
13 **following conditions:**
14 **1.   Defendant shall make payments of all ongoing amounts**
15 **to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST**
16 **FUNDS pursuant to contract between defendant and Local Union 104 of**
17 **the Sheet Metal Workers' International Association for hours worked**
18 **by defendant's employees, commencing with payment for June 2010, hours**
19 **due on or before July 20, 2010 and continuing until the full amount**
20 **of this judgment is paid.  Each of said payments will be made by check**
21 **payable to SHEET METAL WORKERS TRUST FUNDS and sent to the post office**
22 **box on the report form.**
23 **2.   Defendant shall pay the total amount of this judgment**
24 **$18,092.04 in monthly installment payments of $500.00.  The first**
25 **installment is due August 15, 2010 and each subsequent installment**
26 **shall be paid on the 15th of the month, until the entire sum due is**
27 **paid.  Said installment payments will be made by check payable to the**
28 **SHEET METAL WORKERS TRUST FUNDS and sent to the collection attorney,**

**JUDGMENT PURSUANT TO STIPULATION                 2**

1  **ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco,**
2  **California  94104, Attention: Michael Carroll.**
3  **          3.   Plaintiffs and Defendant each understand and agree that**
4  **any modification of payments must be made in writing and agreed to by**
5  **both the Plaintiffs and the Defendant.**
6  **          IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the**
7  **Defendant to make any of the monthly contribution payments pursuant**
8  **to the collective bargaining agreement as set forth in paragraph 1**
9  **above, and the monthly installment payments in a timely manner as**
10 **required pursuant to the terms of paragraph 2 of this stipulation,**
11 **entry of Judgment, and execution on the entire judgment in the amount**
12 **of $18,092.04 reduced by any offsets for payments made, shall issue**
13 **only after ten (10) days written notice to the Defendant that**
14 **Plaintiffs or Plaintiffs' attorney declares a default and intends to**
15 **file a Declaration stating that a default has occurred on the part of**
16 **the defendant.  Defendant waives notice of any hearing held by the**
17 **court upon the earlier execution of this judgment or Plaintiffs'**
18 **declaration.**
19 **          IN WITNESS WHEREOF, plaintiffs' attorney and defendant have**
20 **executed this Stipulation for Judgment.**
21 **Dated:** August 2, 2010                       _____
22                                                 **Honorable Judge Claudia Wilken**

**JUDGMENT PURSUANT TO STIPULATION                    3**