ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 121
Sausalito, CA 94965
Telephone: (415) 729-9006

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CENTRAL COAST AIR INC., etc., <br><br> Defendant. | NO. C 09 5317 CW <br><br> ORDER FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM |

IT IS HEREBY ORDERED that plaintiffs' Exparte Application for Reference to Magistrate Judge for Judgment Debtor Exam is granted.

Dated: __1/7/2011_____

_____
Honorable Claudia Wilken

**cc: Sue**

ORDER FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM