```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 121
3  Sausalito, CA 94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | ) ) ) | NO.  C 09 5317 CW (JCS) |
| Plaintiffs, | ) ) | (~~PROPOSED~~) |
| vs. | ) ) | ORDER OF EXAMINATION |
| CENTRAL COAST AIR INC., etc., | ) ) | |
| Defendant. | ) ) | |

To: Tim Hill, Custodian of Records and Officer of
          Corporate Judgment Debtor
    Central Coast Air Inc.
    P. O. Box 6969
    Salinas, CA 93912

      You the above named judgment debtor ARE HEREBY ORDERED to appear personally on __February 18, 2011__ at __9:30__ a.m. at __450 Golden Gate Ave., Courtroom A, 15th Floor, San Francisco, CA  94102__ before the Magistrate __Judge Joseph C. Spero__ then and there to be examined on oath concerning your property or other matters material to the proceedings.

      You are ordered to bring with you the following documents:

      1.   The corporation's bylaws, share register and minute book;

      2. Title documents to all equipment and vehicles of debtor;

ORDER OF EXAMINATION             1

1       3.  All lists and schedules of rented, leased and owned
2 equipment of debtor;
3       4.  Copies of all real property and personal property leases
4 wherein debtor is a party;
5       5.  Copies of all tax bills, deeds, contracts, deeds of
6 trust or deposit receipts relating to all real and personal property
7 in which any interest is held;
8       6.  Annual Financial Statements and all monthly financial
9 statements for 2010;
10       7.  Federal tax returns for the last year reported;
11       8.  All bank statements, deposit slips and canceled checks
12 for all accounts for 2010;
13       9.  The last tax return filed with the Franchise Tax Board;
14       10. Copies of all purchase orders, change orders accepted
15 bids, and contracts which relate in any way to work performed by
16 debtor during the period from July 1, 2010 to date;
17       11. All accounts receivable lists generated by the Company
18 in 2010;
19       12.  Cash Disbursement Journals for 2010;
20       13.  All documents related to any loans to debtor or by
21 debtor by any present or former shareholders, officers or employees
22 of debtor;
23       14.  All documents related to any completed, pending or
24 failed sale of substantially all corporate assets during the last
25 three years.
26       15. All personal guarantees made by any officer, agent or
27 shareholder for the benefit of debtor.
28

ORDER OF EXAMINATION      2

1  NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.
6 Dated: 1/11/11

_____
Magistrate Judge Joseph C. Spero

ORDER OF EXAMINATION                                    3