# ERSKINE & TULLEY

A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 315
SAN FRANCISCO, CA 94104
PHONE: (415) 392-5431 FAX (415) 392-1978

PLEASE REPLY TO: 3030 BRIDGEWAY, SUITE 121
SAUSALITO, CA 94965
PHONE: (415) 729-9006
FAX: (415) 729-9023
e-mail: mjcarrll@pacbell.net

January 29, 2011

Ms. Karen Hom, Court Deputy for the
    Honorable Magistrate Judge
    Joseph C. Spero
United States District Court
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE:    Board of Trustees of the Sheet Metal Workers, et al.
        vs. Central Coast Air Inc., etc.
        Case No. C 09 5317 CW (JCS)

Dear Ms. Hom:

This letter will confirm our e-mails this week.

The Order of Examination of Tim Hill set for February 18, 2011 has been continued to April 22, 2011 at 9:30 a.m. at 450 Golden Gate Avenue, Courtroom A, 15th Floor, San Francisco.

Thank you for your help in this matter.

Yours very truly,

Dated: Feb. 1, 2011

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael J. Carroll
MJC/da
cc:    Steven M. Gordon, Esq.
        Tim Hill

Mr. Tim Hill
Central Coast Air Inc.
    dba Salinas Heating & Sheet Metal
322 King Street
Salinas, CA 93905

Steven M. Gordon, Esq.
Steven M. Gordon, Inc.
344 Salinas Street, Suite 103
Salinas, CA 93901