# ERSKINE & TULLEY

A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 315
SAN FRANCISCO, CA 94104
PHONE: (415) 392-5431 FAX (415) 392-1978

PLEASE REPLY TO: 3030 BRIDGEWAY, SUITE 121
SAUSALITO, CA 94965
PHONE: (415) 729-9006
FAX: (415) 729-9023
e-mail: mjcarrll@pacbell.net

May 9, 2011

Ms. Karen Hom, Court Deputy for the
    Honorable Magistrate Judge
    Joseph C. Spero
United States District Court
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE:    Board of Trustees of the Sheet Metal Workers, et al.
       vs. Central Coast Air Inc., etc.
       Case No. C 09 5317 CW (JCS)

Dear Ms. Hom:

This letter will confirm our communication last week.

The Order of Examination of Tim Hill that was set for May 6, 2011 should go off calendar. The parties have met informally and no new date is needed at this time.

Thank you for your help in this matter.

Yours very truly,        Dated: 5/12/11
  /s/
Michael J. Carroll
MJC/da
cc:    Steven M. Gordon, Esq.
       Tim Hill

